UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

4·18 ___ 20 18

Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| COREY R. COUNCIL | ) |
| | ) |
| Defendant | ) |

INFORMATION
CR 417-183

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant COREY R. COUNCIL without prejudice.

SO ORDERED, this 18th day of ___April___, 2018.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA